# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AUGUSTA MOORE, <br>     Plaintiff, <br><br> v. <br><br> P.O. GERARD BRENNAN & SGT. MICHAEL MELVIN, <br>     Defendants | CIVIL ACTION <br><br> No. 16-3095 |

## CIVIL JUDGMENT

**AND NOW**, this 25th day of January, 2018, in accordance with the jury's verdict rendered at trial on January 25, 2018, it is hereby **ORDERED** that judgment is entered in favor of Defendants, Police Officer Gerard Brennan and Sergeant Michael Melvin, and against Plaintiff, Augusta Moore. The Clerk of Court is directed to mark this case closed.

                                              **BY THE COURT:**

                                              **S/MITCHELL S. GOLDBERG** <br>
                                              **MITCHELL S. GOLDBERG** <br>
                                              **United States District Judge**